IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BERNARDO SANCHEZ,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | 8:25CV171<br><br>ORDER |

    The pro se plaintiff, a citizen and national of Mexico currently living in Arizona, believes the defendant has unreasonably delayed processing his U visa application. (Filing No. 1). So he filed this lawsuit in March 2025 seeking to compel USCIS to make threshold determinations on his application—specifically, to determine whether his application is bona fide and to issue work authorization—within fourteen days. (Filing No. 1 at 13).

    Around four months later, and after moving to dismiss the complaint, the defendant filed a notice of mootness. (Filing No. 11). The notice suggests that "this action is moot because Plaintiff has received the relief sought in the Complaint[.]" (Filing No. 11 at 1). According to the documents attached to the notice, the plaintiff has now received a bona fide determination and work authorization. (Filing No. 11-1); (Filing No. 11-2).

    If this case is now moot, as it appears to be, the Court must dismiss it. *E.g., Robinson v. Pfizer, Inc.,* 855 F.3d 893, 896-97 (8th Cir. 2017). But the plaintiff has not responded to the notice. Perhaps he has some reason the case is not moot. The Court will therefore give him one last chance to respond to the notice before dismissing this case. Accordingly,

**IT IS ORDERED:**

1. The plaintiff may respond to the defendant's Notice of Mootness (Filing No. 11) by September 4, 2025. If the plaintiff agrees that this case is moot, or does not submit a response, the Court will enter an order dismissing the case.

Dated this 21st day of August, 2025.

BY THE COURT:

Susan M. Bazis
United States District Judge