IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BERNARDO SANCHEZ,

          Plaintiff,

vs.

DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

          Defendant.

8:25CV171

**ORDER OF DISMISSAL**

      On June 30, 2025, Defendant Director, U.S. Citizenship and Immigration Services entered a Notice of Mootness of Action. (Filing No. 11.) On August 21, 2025, the Court issued an order allowing Plaintiff Bernando Sanchez to respond to Defendant's Notice of Mootness up until September 4, 2025. (Filing No. 12.) The order advised Plaintiff if he did not submit a response by that date, the Court would enter an order dismissing the case. Plaintiff has not responded to the motion and has taken no further action in this case.

      Based on Plaintiff's lack of response to the Notice of Mootness by the deadline set forth in the Court's August 21, 2025 order, the Court finds dismissal of this case appropriate.

      **IT IS ORDERED** that this case is hereby dismissed without prejudice.

      Dated this 5th day of September, 2025.

BY THE COURT:

Susan M. Bazis
United States District Judge